

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-14-00167-CV

**STEPHENS & JOHNSON OPERATING CO.,** Henry W. Breyer, III, Trust; CAH, Ltd.-MOPI for Capital Account; CAH, Ltd.-Stivers Capital Account; CAH, Ltd.-Wiegand Resources Captial Account Wiegand Resources; C.T. Carden; Myrl W. Dietch Trust, Et al.,
Appellants

v.

Charles W. **SCHROEDER**, Elsie A. Schroeder Schneider, Hollis London, Terry Mengers Reel, Ted Mengers, Debbie Mengers Quates, August H. Setinmeyer, Carole Schroeder Miller, James M. Schroeder, Sally Schroeder Tinanus, James E. Schroeder, Et al.,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-04-143
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

The clerk's record was filed April 10, 2014; however it is being returned to the District Clerk of Jim Hogg County because it fails to comply with the Supreme Court Order Directing the Form of the Appellate Record. In particular:

1) when more than one request for inclusion of items in the record is filed, the clerk must prepare only one consolidated record. Here, it appears the clerk prepared a separate volume for each request; *see* Supreme Court Order Directing the Form of the Appellate Record. Rule 1.1;

2) the documents in the consolidated record must be arranged in ascending chronological order, by date of filing or by date of occurrence, *see id.* Rule 1.1(d);

3) page numbering does not start on the front cover of the first volume of the clerk's record and continue to number all pages consecutively—including the front and back covers, tables of contents, and certification page—until the final page of the clerk's record, without regard for the number of volumes in the clerk's record, *see id.* Rule 1.1(e); and

4) the detailed table of contents must state the date each document was filed, *see id.* Rule 1.1(i).

We therefore **order** Zonia G. Morales, the District Clerk of Jim Hogg County, Texas, to prepare a new clerk's record in proper form. We **order** the new record filed in this court by **April 30, 2014**. The clerk must provide a copy of the corrected record to any party who has previously made a copy of the original, defective clerk's record at the trial clerk's expense. *See id.* Rule 1.4.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court